UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO Division

FILED
AUG 05 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States of America

vs.                                              Case No.: 2:07-cr-1065-AM-7

Raquesl Esquivel

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now WILLIAM MALLORY KENT, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Raquel Esquivel in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Kent & McFarland with offices at:

   Mailing address: 24 North Market Street, Suite 300

   City, State, Zip Code: Jacksonville, FL 32202

   Telephone: 904-398-8000    Facsimile: 904-348-3124

2. Since November 16, 1978, Applicant has been and presently is a member of and in good standing with the Bar of the State of Florida. Applicant's bar license number is 0260738.

3. Applicant has been admitted to practice before the following courts:

   Court:                          Admission date:
   See list attached



*United States of America v. Raquel Esquivel*
Case No: 2:07-cr-1065

*Raquel Esquivel v. Michael Carvajal*
Case No: 2:21-cv-42

*Motion for Admission Pro Hac Vice*

3. William Mallory Kent – Bar memberships:

| COURT | DATE ADMITTED | GOOD STANDING |
|---|---|---|
| Florida | 11-16-1978 | Yes |
| Florida Supreme Court | 11/1978 | Yes |
| U.S. Supreme Court | 1992 | Yes |
| Eleventh Circuit Court of Appeal | 7/23/1999 | Yes |
| Second Circuit Court of Appeal | 3/4/2008 | Yes |
| Third Circuit Court of Appeal | 5/29/2012 | Yes |
| Fourth Circuit Court of Appeal | 5/26/2006 | Yes |
| Fifth Circuit Court of Appeal | 6/21/2002 | Yes |
| Sixth Circuit Court of Appeal | 12/17/2007 | Yes |
| Seventh Circuit Court of Appeal | 4/20/2005 | Yes |
| Ninth Circuit Court of Appeal | 9/24/2003 | Yes |
| Tenth Circuit Court of Appeal | 9/14/2007 | Yes |
| Middle District of Florida | 7/3/1989 | Yes |
| Southern District of Florida | 4/2/2012 | Yes |
| Northern District of Florida | 1/27/2005 | Yes |
| State Bar California | 1980 | Yes |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    INACTIVE STATUS CALIFORNIA STATE BAR

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

    Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
    N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
    N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of __WILLIAM MALLORY KENT__ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

WILLIAM MALLORY KENT
[printed name of Applicant]

*/s/ Wm. M. Kent*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of August, 2021.

WILLIAM MALLORY KENT
[printed name of Applicant]

*/s/ Wm. M. Kent*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Please Choose Division

United States of America

vs.

Case No.: 2:07-cr-1065-AM-7

Raquesl Esquivel

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by WILLIAM MALLORY KENT, counsel for Raquel Esquivel, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and WILLIAM MALLORY KENT may appear on behalf of Raquel Esquivel in the above case.

IT IS FURTHER ORDERED that WILLIAM MALLORY KENT, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge

# KENT & McFARLAND
## ATTORNEYS AT LAW
24 NORTH MARKET STREET, SUITE 300
JACKSONVILLE, FLORIDA 32202

CRIMINAL DEFENSE
IN FEDERAL AND STATE COURTS
TRIAL - APPEAL - POST-CONVICTION RELIEF

TELEPHONE (904) 398-8000
FAX (904) 348-3124
EMAIL KENT@WILLIAMKENT.COM

**By FedEx**

August 4, 2021

Clerk, U.S. District Court
Western District of Texas
111 East Broadway
Room L100
Del Rio, TX 78840

RECEIVED
AUG 0 5 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Re: *United States of America v. Raquel Esquivel*
   Case No: 2:07-cr-1065-AM-7
   *Raquel Esquivel v. Michael Carvajal*
   Case No: 2:21-cv-42-AM

Dear Sir/Madam:

Enclosed you will find a *Motion for Admission Pro Hac Vice* with proposed Order for William Mallory Kent for filing in the above referenced matters. Also, two $100 checks for the pro hac fee.

Once he is granted *pro hac vice* admission William Mallory Kent will complete the E-Filing and E-Noticing Registration Form for the Western District of Texas and pay the *pro hac vice* admission fee.

Feel free to contact the office, if you have any questions. Your assistance with this matter is greatly appreciated.

Sincerely,

Susan C. Davis
Secretary to William Mallory Kent

Enclosures