AO 442 (Rev. 11/11) Arrest Warrant

#3371469

## UNITED STATES DISTRICT COURT

**FILED**

for the

February 12, 2025

Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____MG CIENEGA_____

DEPUTY

| United States of America | )  |  |
| v. | ) | Case No.  DR-07-CR-1065 (07) |
| RAQUEL ESQUIVEL | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    RAQUEL ESQUIVEL                                              ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ❒ Complaint
❒ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

RECEIVED

JAN 3 1 2025

U.S. MARSHALS W/TX DEL RIO

Date:    01/30/2025

_____V̸m̸ ̸G̸m̸_____
*Issuing officer's signature*

V. Garcia, Operations Clerk
*Printed name and title*

City and state:    Del Rio, Texas

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

Bail fixed at $:    NO BOND

| Return |
|---|
| This warrant was received on *(date)* 01/31/2025 , and the person was arrested on *(date)* 02/12/2025 at *(city and state)* Del Rio, TX . |
| Date: 02/12/2025    _____Crystal Pon_____ *Arresting officer's signature* |
| Crystal Pon, IA USMS _____Del Rio_____ *Printed name and title* |

Del Rio Arrest Warrant Rev. 1/22