UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  DR:07-CR-01065(7)-AM |
| (7) Raquel Esquivel | § § | |

### ORDER OF DETENTION PENDING HEARING

In accordance with the Bail Reform Act, 18 USC 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending the final revocation hearing in this case.

### I.  Findings of Fact

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that there is probable cause to believe that the defendant violated his conditions of supervised release. At the hearing the government was represented by Assistant United States Attorney Joseph Duarte and the Defendant was represented by Robert Garza.

On November 30, 2019 Defendant was sentenced by the United States District Judge, Alia Moses to 180 months in prison followed by 5 years of supervised release following the conviction for the offense of Conspiracy to Possess with Intent to Distribute More than 1000 Kilograms of Marijuana. Defendant's supervised release began on January 20, 2022.

On January 30, 2025 , a petition was filed alleging Defendant violated his conditions of

supervised release as follows: **See Attached Sheet "A" for details which are incorporated by reference as if contained herein in their entirety.**

Based on the evidence, the Court finds that there is sufficient probable cause to believe Defendant has not complied with the conditions imposed with the supervised release term. The Court thereby concludes by clear and convincing evidence that the defendant poses a danger to the community and risk of flight to possibly avoid further incarceration.

Accordingly, the Court concludes that defendant is **DETAINED** as there are no conditions or combinations of conditions that would reasonably assure the Defendant's appearance in court and the safety of the community.

## II.  Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED on 27th day of February, 2025

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Attached Sheet "A"

Details of the Violations and Facts Supporting the Allegations:

1. Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.
On December 31, 2024, the defendant's husband called her probation officer to advise him that he was assaulted by the defendant on December 30, 2024. He reported the assault to Del Rio Police Department, and he has since moved to his mother's home. A Criminal Trespass Notice was also filed against the defendant by the husband's parents for the defendant not to come near the residence.

According to the Del Rio Police Department's Incident Report, on December 31, 2024, the defendant's husband walked into the station to make a report for an assault that occurred on December 30, 2024. He told the officer that the defendant became aggressive with him when he brought up allegations of infidelity. He states that he played a recording of the defendant, and she became angry and began to assault him by pushing him to the ground, punching, slapping, and kicking him multiple times all in front of their three year old son who attempted to get in between them but was not hurt. The officer observed bruises on the right side of his forehead, a busted inner lip, a cut on his left ring finger, and red scratch marks on the right side of his head. He also had several small lacerations on his elbows from the fall, and dried blood on the left side of his head which were all photographed. He also noted that the reason he came in the next day was due to fearing the defendant would retaliate by taking their son and waited until she went to work the next day.

On January 3, 2025, the defendant contacted her probation officer to notify him that she had been involved in a small altercation with her husband in which he left home to go live with his parents.

Contact with a detective of the Del Rio Police Department states that charges are pending, and the defendant will be interviewed as to the report made against her before being submitted to the district attorney's office.